JOAN C. CLELAND *v.* FRANK T. CLELAND

The plaintiff's motion dated April 6, 1976, to dismiss the appeal from the Superior Court in New London County is granted and the case is remanded to that court with direction to order a new trial.

No appearance for the appellee (plaintiff).

*Matthew N. Perlstein,* for the appellant (defendant).

Argued May 4—decided May 4, 1976

MEHADIN K. ARAFEH, SUPERINTENDENT, CONNECTICUT VALLEY HOSPITAL *v.* JOHN THOMAS

The plaintiff's motion to dismiss the appeal from the Superior Court in Middlesex County is denied without prejudice on the appeal to full argument on the issue of the waiver of fees, costs and security.

*Paige J. Everin,* assistant attorney general, for the appellee (plaintiff).

*Robert Dinerstein,* with and under the supervision of *Mary F. Keller,* for the appellant (defendant).